

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-13-00891-CR

Donald F. **HUFF**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2990
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and this matter is REMANDED to the trial court for a new trial.

SIGNED April 8, 2015.

Marialyn Barnard